Isiah Lucas Jr.,
E-91878
PVSP B/2-133
P.O. Box 8502
Coalinga, Ca.  93210

Filed
FEB 29 PM 12:50
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Office Of The Clerk
U.S. District Court
Northern District Of California
450 Golden Gate Avenue
San Francisco, Ca.  94102

Isiah Lucas Jr.,
   (Plaintiff).

vs.

P.G. Dennis;
J. Aboytes;
W. Cohen;
et al.
_____/

Court Case No.:CV-08-0749 CW [PR]

In re: Requesting Enlargement of
Time, to file In Forma Pauperis,
for good cause and reason.

    Petitioner come before this court to ask for that of a "Enlargement of Time" to file that of a "In Forma Pauperis, and so for good cause and reason as fallow:

Today, Feb. 26, 08, I signed for legal mail inre the above entitled, and upon review -- it was file (dated) Jan. 31 2008. Herein the Court's order, it gives Plaintiff 30 Days to file the Application for In Forma Pauperis. However, Plaintiff, hereon this 26 day of Febuary 2008, just received the Court's order, whereas in the next 4 days -- the 30th will be here, leaving Plaintiff with only four (4) days to act -- and nowhere near the alloted 30 days...plus, please be advised that Plaintiff's Facility has him on lock-down as so since that of December 28, 2007.  Therefore, being asked is an additional []45[] days, with the Court showing acknowledgement of such that he can present it to staff that he may be placed on Priviledge Library User (PLU) list to access the library to fulfill that stated by the Court's order.  Thank you much for considering this matter.

Dated @ Febuary 26, 2008...           Signed by: _____

Isiah Lucas Jr.,
E-91878
PVSP B/2-133
P.O. Box 8502
Coalinga, Ca. 93216

Legal Mail ::

United States District Court
Northern District of California
Attn: Clerk of the Court
450 Golden Gate Ave.
San Francisco, Ca.
94102

UNITED STATES POSTAGE
PITNEY BOWES
02 1A
0004344659   $00.41⁰
MAILED FROM ZIP CODE 93210   FEB 27 2008