IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ISIAH LUCAS JR.,

    Plaintiff,

  v.

P. G. DENNIS, et al.,

    Defendants.
                                    /

No. C 08-00749 CW (PR)

ORDER GRANTING PLAINTIFF EXTENSION OF TIME TO FILE COPIES OF CERTIFICATE OF FUNDS AND PRISONER TRUST ACCOUNT STATEMENT

    Plaintiff, a state prisoner, filed this pro se civil rights action under 42 U.S.C. § 1983. On that same date, the Clerk of the Court sent Plaintiff a notice directing him to pay the filing fee or to file a completed in forma pauperis (IFP) application. Plaintiff filed a completed IFP application; however, he did not file copies of his Certificate of Funds and prisoner trust account statement.

    The Court ordered Plaintiff to file copies of his Certificate of Funds and prisoner trust account statement; however, these documents are presently overdue.

    Plaintiff has filed a request for an extension of time to file copies of his Certificate of Funds and prisoner trust account statement. Having read and considered Plaintiff's request, and good cause appearing,

1  IT IS HEREBY ORDERED that Plaintiff's request for an extension
2 of time is GRANTED.  The time in which Plaintiff may file copies of
3 his Certificate of Funds and prisoner trust account statement will
4 be extended up to and including <u>thirty (30) days</u> from the date of
5 this Order.
6  <u>Failure to file copies of his Certificate of Funds and</u>
7 <u>prisoner trust account statement as ordered herein by the thirty-</u>
8 <u>day deadline shall result in the dismissal of this action without</u>
9 <u>prejudice.</u>
10  This Order terminates Docket no. 3.
11  IT IS SO ORDERED.

12 Dated:  3/17/08

*[signature: Claudia Wilken]*

CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ISIAH LUCAS JR,

        Plaintiff,

v.

P G DENNIS et al,

        Defendant.

Case Number: CV08-00749 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 17, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Isiah Lucas E-91878
Pleasant Valley State Prison
24863 West Jayne Ave.
Coalinga, CA 93210

Dated: March 17, 2008

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

**United States District Court**
For the Northern District of California

P:\PRO-SE\CW\CR.08\Lucas0749.EOTIfp.frm    3