FILED
MAR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Isiah Lucas Jr.,

    Plaintiff,

vs.

P. G. Dennis;
J. Aboytes;
W. Cohen;
et al.,

    Defendant.

CASE NO. CV 08 0749 CW (PR)

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Isiah Lucas Jr., declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.     Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS      - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  N/A, Havent Worked in 10 plus years.
5  _____
6  _____
7  2.   Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9      a.   Business, Profession or              Yes ___ No ✓
10          self employment
11     b.   Income from stocks, bonds,           Yes ___ No ✓
12          or royalties?
13     c.   Rent payments?                       Yes ___ No ✓
14     d.   Pensions, annuities, or              Yes ___ No ✓
15          life insurance payments?
16     e.   Federal or State welfare payments,   Yes ___ No ✓
17          Social Security or other govern-
18          ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.   Are you married?                        Yes ___ No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.   a.   List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5  _____
6  _____
7  5.  Do you own or are you buying a home?        Yes ___ No ✓
8  Estimated Market Value: $ ⊘         Amount of Mortgage: $ ⊘
9  6.  Do you own an automobile?                   Yes ___ No ✓
10 Make ___⊘___  Year ___⊘___  Model ___⊘___
11 Is it financed? Yes ⊘ No ⊘  If so, Total due: $ ⊘
12 Monthly Payment: $ ⊘
13 7.  Do you have a bank account?  Yes ___ No ⊘ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No ✓  Amount: $ ⊘
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No ✓
20 _____
21 8.  What are your monthly expenses?
22 Rent: $ ⊘                    Utilities: ⊘
23 Food: $ ⊘                    Clothing: ⊘
24 Charge Accounts:
25 Name of Account           Monthly Payment           Total Owed on This Acct.
26 _____             $ _____                    $ _____
27 _____             $ _____                    $ _____
28 _____             $ _____                    $ _____

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  Student Loans, and other creditors...
4  _____
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits? Yes ___ No ___ (unsure)
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11       I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.

15
16  March 10, 08
17     DATE                         SIGNATURE OF APPLICANT
18
19
20
21
22
23
24
25
26
27
28

```
REPORT ID: TS3030  .701                                                                    REPORT DATE: 03/03/08
                                                                                           PAGE NO:       1
                              CALIFORNIA DEPARTMENT OF CORRECTIONS
                                  PLEASANT VALLEY STATE PRISON
                              INMATE TRUST ACCOUNTING SYSTEM
                              INMATE TRUST ACCOUNT STATEMENT

                         FOR THE PERIOD: SEP. 03, 2007 THRU MAR. 03, 2008

ACCOUNT NUMBER  : E91878                              BED/CELL NUMBER: BFB2T100000133L
ACCOUNT NAME    : LUCAS, JR., ISIAH                   ACCOUNT TYPE: I
PRIVILEGE GROUP: B

                              TRUST ACCOUNT ACTIVITY

                   << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>

                              CURRENT HOLDS IN EFFECT

DATE
PLACED      HOLD
            CODE     DESCRIPTION                       COMMENT            HOLD AMOUNT
------      ----     -----------                       -------            -----------
04/17/2007  H107     POSTAGE HOLD                      4573POSTAG              15.85

                              TRUST ACCOUNT SUMMARY

BEGINNING        TOTAL           TOTAL            CURRENT          HOLDS          TRANSACTIONS
BALANCE          DEPOSITS        WITHDRAWALS      BALANCE          BALANCE        TO BE POSTED
---------        --------        -----------      -------          -------        ------------
   0.00            0.00             0.00            0.00            15.85             0.00

                                                         CURRENT
                                                         AVAILABLE
                                                         BALANCE
                                                         ---------
                                                           15.85-
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST:

CALIFORNIA DEPARTMENT OF CORRECTIONS

BY [signature] 3/3/08
TRUST OFFICE

1
2                                                    Case Number: <u>CV-08-0749 CW [PR]</u>
3
4
5
6
7
8                            **CERTIFICATE OF FUNDS**
9                                        IN
10                           **PRISONER'S ACCOUNT**
11
12      I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of <u>Isiah Lucas JR E91878</u> for the last six months
                                              [prisoner name]
14 <u>Pleasant Valley State Prison</u> where (s)he is confined.
       [name of institution]
15      I further certify that the average deposits each month to this prisoner's account for the
16 most recent 6-month period were $ <u>  0  </u> and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $<u>  0  </u>.
18
19 Dated: <u>3/3/08</u>                          <u>[signature]</u>
                                               [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

To: Trust Account Ofc. @ PVSP

BZ-133L

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region  1. _____  2. _____
Log No.  1. _____  2. _____
Category: _____

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Lucas
NUMBER: E-91878
ASSIGNMENT: Unassigned
UNIT/ROOM NUMBER: B/2-133

**A. Describe Problem:** A couple of days ago (approx. 2/26/08), I received notification from the U.S. District Court Northern District of California (See Attached) with them wanting staff to varify Petitioner's Trust Account here at PVSP, before his application to Proceed In Forma Pauperis can be considered in the Court's Case No.: CV-08-0749. (Application included here with this 602.)

If you need more space, attach one additional sheet.

**B. Action Requested:** That the Inmate's (Petitioner) Trust Account Statement be verified thereat "page 5" of the attached included. Thank you much for time/consideration to this matter.

Inmate/Parolee Signature: _____
Date Submitted: Feb. 28, 08

**C. INFORMAL LEVEL** (Date Received: 3/3/08)

Staff Response: Granted, Certified copy attached

Staff Signature: _____
Date Returned to Inmate: 3/3/08

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____
Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

