1  Isiah Lucas Jr.,
   E-91878
2  PVSP B/2-133
   P.O. Box 8502
3  Coalinga, Ca. 93210


FILED
APR 16 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

4
            UNITED STATES DISTRICT COURT
5           NORTHERN DISTRICT OF CALIFORNIA
              1301 CLAY ST., SUITE 400S
6              OAKLAND, CA.  94612-5212

7  Isiah Lucas Jr.,                  Case Number: CV08-00749 CW
        (PLAINTIFF).
8                                    IN RE: Notification of Address.
   vs.
9
   P. G. Dennis, et al.
10      (DEFENDANTS).     /

11

12     Petitioner, is in receipt of the Court's order granting plaintiff ex-
13 tention of time to file copies of certificate of funds and prisoner's trust
14 account statement. Plaintiff, notice a documented statement (see attach) inre
15 to that of address, and Plaintiff move to explain as follow:
16
17     The address that is already before this Court (Pleasant Valley State
18 Prison, 24863 West Jayne Ave, Coalinga, Ca. 93210), is that of the institution
19 address, and is a usable address, which if mail is to come to that address (as
20 all mail), it is suppose to be Identified (ID) by staff and routed to the
21 appropriate housing of the inmate. But either address should be usable, but if
22 theres a issue that's hendering you communicating with the Plaintiff, then
23 please use the above entitled address.
24
25     Thank you for bringing this matter to Plaintiff's attention, and if theres
26 anything else that may help this matter, please make notice and I'll do my best
27 to appease the matter.
28 Dated @ April 10, 2008.         Signed (Respectfully) by: /s/
                                            Isiah Lucas jr.

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

Isiah Lucas Jr., E-91878
PVSP B12-133
P.O. Box 8502
Coalinga, Ca. 93210

**LEGAL MAIL**

Law Library Facility
9461285212 CO37

United States District Court
Northern Dist. of California
Attn: Clerk of the Court
1301 Clay St., Suite 400S
Oakland, Ca.

94612-5212

MAILED FROM ZIP CODE 93210
APR 14 2008
$00.410