1  Isiah Lucas Jr.,
2  E-91878
   PVSP B/2-133
3  P.O. Box  8502
   Coalinga, Ca. 93210



**FILED**

MAY 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

4
                    UNITED STATES DISTRICT COURT
5              FOR THE NORTHERN DISTRICT OF CALIFORNIA

6  Isiah Lucas Jr.,                    No.: C 08-00749 CW (PR)
7       (Plaintiff).
                                       RE: Supplement to existing petition
8    vs.                              before this Court. Supplying the
                                       Court, with the fully exhausted CDCR
9  P. G. Dennis, et al.                Appeal (602), Log #CTF-07-00149.
                              /
10

11 Dear U.S. Dist. Court,

12

13 Greetings, and may this find all there in the best of health (esp. mind/body/

14 spirit), whereas you're being a continuous bless to others, and esp. in the

15 areas of justice, always!

16

17                              [#1]

18

19 Petitioner, did file a petition herein this Court, and received by Petitioner

20 was an ORDER GRANTING IN FORMA PAUPERIS STATUS, which is dated 4/21/08.

21

22                              [#2]

23

24 On 4/25/08, Petitioner, received from the Inmate Appeals Branch, a response

25 from the Director Level Appeal Decision. The entire CDCR Appeal (602) packet,

26 contains that of 21 pages.

27

28 //
                          Pg. 1 of 3 W/Attach


COURT PAPER
STATE OF CALIFORNIA

[#3]

Petitioner, points out the facts of his matter that is the reason for that
of him filing a petition before this Court.


a)     Petitioner, was wronfully placed on a top bunk, complaint to
staff at California Training Facility-Soledad for that of well over 3 months.
Staff, was aware of Petitioner's medical matter whereas he was prescribed
that of a lower bunk / lower tier -- medical chrono. Petitioner, refusing
to any longer suffer both "climbing up tree tiers of stairs & onto the top
bunk position", he begain to move out of the cell forcing that staff accom-
date that of the medical chrono to alleviate that of his pain & suffering.
In doing so, C/O Lavelle, tried to push Plaintiff back into the cell...and
then on the "Incident Report" C/O Lavelle -- "fasified the report by:

> #1) not putting thereon it that she (physically) tried
> to push Plaintiff into the cell; and
>
> #2) stated that Plaintiff push her to get by; and
>
> #3) C/O Childer, he too falsified the report by saying
> that he saw Plaintiff push C/O Lavelle.

Plaintiff, did not push anyone, and there was no reason for C/O Lavelle to
try to push Plaintiff into the cell and/or lie about anything.


[#4]


The above aforementioned, occured on 7/8/06, and Plaintiff (after receiving
the "Incident Report" ect.), filed/submitted that of a CDCR Appeal to initiate
a "Citizen's Complaint" inre to the "Staff Misconduct" by both Correctional

1  Officers (C/O Lavelle and C/O Childers).  Plaintiff, have a right to file

2  a "Citizen's Complaint" and so under the following:

3

4      State law requires the CDCR to establish procedures
       to investigate "citizen's complaints" against peace
5      officers, including prison guards. (Penal Code § 832.5(a).)

6      A citizen's complaint is a special kind of administrative
       remedy that is available to prisoner and anyone else who
7      has contact with prison officials.

8      (The above info. is taken from that of "THE CALIFORNIA
        STATE PRISONERS HANDBOOK, "THIRD EDITION.".........)
9

10  Staff, whos duty is to inforce such rights, Appeals Coordinator and a acting

11  warden, refused to apply that of the right govern by the state law and that

12  of the administrative procedure. Its not up to them to decide what "they"

13  want or think it should be, but their duty is to simply process the "Citizen's

14  Complaint" and allow the investigation to take place. Again, the CDCR Appeal

15  inre to that of the requested "Citizen's Complaint" for that of "Staff Miscon-

16  duct" in the matter of C/O Lavelle & C/O Childers, was denied to Plaintiff

17  via never being processed (See Exhibit #1 ), which is the reason that "another"

18  CDCR Appeal was initiated -- but this one against "Appeals Coordinators"(P.

19  G. Dennis & J. Aboytes) and Acting Warden (W. Cohen) -- for refusing to follow

20  the law in initiating that of Plaintiff's right to a "Citizen's Complaint".

21  (See Exhibit #2.)

22

23                              INCLOSING

24

25  If theres anything else that Plaintiff can do to satisfy any issue(s) hereto

26  this matter/case, please feel free to communicate the need and he will do

27  his  best to appease the order.

28  Dated @ May 15, 2008.        Signed (respectfully yours) by

                                 Pg 3 of 3 W/Attach          Isiah Lucas Jr.

STATE OF CALIFORNIA

**INMATE/PAROLEE**
**APPEAL FORM**

CDC 602 (12/87)

Location: Institution/Parole Region _____ No. _____ Category _____

1. _____  1. _____
2. _____CTF_____  2. _____  50-35 9-12-06

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

| NAME Lucas Isiah | NUMBER E-91878 | ASSIGNMENT Unassigned | UNIT/ROOM NUMBER X 232 |
|---|---|---|---|

**A. Describe Problem:** On 7/8/06, after suffering much agony/pain/discomfort -- for approx. four months of being assigned a Top Bunk (when I have a chrono for lower bunk). I could no longer endure it, so after breakfast I packed up all my personal property and placed in front of the door so that when it opened for trash to be placed out (we were on Lock Down Status) I was Rolling Myself Up and refusing placement on a Top Bunk. So, at approx. 0850, C/O Lavelle opened the door and as she done so - I stepped out w/a box in hand and placed it against the wall -- and reached in grabbing the other boxes all while C/O Lavelle asking me what I was doing -- which

If you need more space, attach one additional sheet. I told her that I was moving out and wouldn't (See Att)

**B. Action Requested:** That all stated in Sec A of this appeal, be enacted into that of Citizen's Complaint for both the following Correctional Officers C/O Lavelle: and: C/O Childers, and so in compliance to CCR Art 2 3391 (b) and P.C. Sec. 832.5. And on b/f Noted also. Falsified report.

Inmate/Parolee Signature: _____ Date Submitted: July 21, 06

**C. INFORMAL LEVEL** (Date Received: _____ )

Staff Response: _____

INMATE APPEALS BRANCH RECEIVED SEP 28 2006

Staff Signature: _____ Date Returned to Inmate: _____

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

Signature: _____ Date Submitted: _____

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim

CDC Appeal Number: _____

RECEIVED

AUG 3 1 2006  SEP 20 2006  JUL 2 5    RECEIVED JUL 2 5

Ex. #1  APPEALS  CTF APPEALS  CTF APPEALS  CTF APPEALS

1  Staying (no longer living) in 307. She cont. to tell me to go back in and I
2  ignored her and as I reached in to grab my T.V. She physically tried to push me in
   the cell. I turned around and said, "Please do-not touch me". I then turned
3  and grabbed my T.V. and Radio and then the other box and boxes. Upon completion I
   slammed the door shut and turned and faced C/O Lavelle. And she then activated
4  her alarm, where I stood there and watched/waited until C/O Childers arrived
5  nigh and when he did -- C/O Lavelle told me to faced the wall and placed one
   cuff on me, and then C/O Childers placed the other one on me. I was then
6  escorted out of the wing and down the corridor, and going down the corridor
7  a transmission came across the C/O's radio saying "Assault on Staff". I
   was taken to MTA's facility and examined, then placed in a cage for over 5 hours, the
8  cage was about 2½ ft by 2½ ft and approx 6ft 6in in height... On 7/08/06, I was
9  given the "Administration Segregation Unit Placement Notice CDC 114-D" and on 7/12/06
   (the day before a scheduled hearing) I received the "Incident Packet" whereas C/O Lavelle
10 drafted it up the report that is not forth-coming. and, theres anomalies from the
   first/initial one.

                        PART (A) (1)

11 C/O Lavelle, failed to mention in her report that she physically tried
12 to push me into the cell.
                              (B)
13 C/O Lavelle, lied, stating that on the initial report (7/8/06) that I pushed
14 her trying to get out of the cell. Then on her drafted report (that I re-
   ceived on 7/12/06), she lied, stating that I slammed the door shut and
15 pushed her in the upper chest with both hands in an effort to get her
16 out of the way. (Once I got out of the cell, my objective was
   achieved. How was she in my way? She was not, I was out of
17 the cell and thats what I wanted to do, be out of the cell!)
                              (C)
18 C/O Lavelle, left out the part where she tried to push me into the
19 cell, which is Material Evidence (and misconduct).

20                            (D)
   C/O Lavelle is in violation of CCR 3270 (Gen. Policy, Security), where
21 it states "Each Employee must be trained to understand physical facilities,
   degree of custody classification, personnel, and operative procedures
22 direct the maintence of inmate custody and security." (First of all, all
23 C/O Lavelle had to do was call her Superior Officer-- and let them escort
   me to adseg. or, assign me to a bottom bunk. Secondly, I told her what
24 I was doing, and it posed no threat to anyone and/or institutional
   security. Finally, she had no right/reason to touch me by trying to push
25 into the cell.)
                              (E)
26 C/O Lavelle is in violation of CCR 3300 (Prevention of Disorder), as
   all she had to do was call her Superior Office and let them handle the
27 situation. Instead, she caused a disorder by attempting to push me back into
   the cell, and also by activating her alarm when there was no threat, and then
28 she lies about me pushing her.

                    Continue on Other Side

#4
2 of 2

(F)

C/O Lavelle, engaged into Employee Mis-conduct (in contrast to CCR 3391 (a) [Employee Conduct]) when she put her hand on in an attempt to push me back into the cell and then make no mention of such in her report and/or to her Superior Officer[s] and then by fabricating that I pushed her in the upper chest-- when in fact I touched her not. Also by Falsifying her report.

PART (2)

C/O Childers, he violated the Employee Conduct CCR 3391 (A) when he lied in his report stating that he saw me push C/O Lavelle and heard what was being said, esp. when the only point of contact with C/O Lavelle and inmate Lucas came when #1) She tried to push me into the cell, and, #2) when she initiated placing the hand-cuffs on me. Also, the falsifying of the Report that he submitted, is unethical and is that of Mis Conduct.

//

//

//

//

Dated @ July 21, 2006.        Signed by:— _Mr. Isiah Lucas Jr._

Mr. Isiah Lucas Jr.
Submitting under the
Penalty of Perjury.

Isiah Lucas Jr.,
E-91878
PVSP B/2-133
P.O. Box 8502
Coalinga, Ca.    93210

Inmate Appeals Branch
1515 S. S Street
P.O. Box 942883
Sacramento, Ca.
94283-0001

Inre: Resonse to
dated letter (Dec. 31, 2007),
Clarification/Notification, to
Exhaust Admin. Remedies.

RE: IAB# 0709160   CTF-07-00149 STAFF COMPLAINTS

Dear I/M Appeals Branch,
Attn: N. Grannis, Chief:

On or/about, Jan. 10, 2008, I, I/M Lucas, received the appeal inre the above
entitled (See also attached), whereas in that of your letter dated Dec. 31,
2007...you state: PROVIDE WRITTEN PROOF OF THE DATE OF RECEIPT OF THE ORIGINAL
CDC 602. Even though I'd already provided you with a chronological time-line
of the events of how/when the appeal was sent and place, I'd take the time to
re-iterate the matter:

> #1)  After continuous refusal of CTF-Soledad's staff refusal to
> process a Citizen's Complaint on my behalf to investigate/document
> the misconduct of C/O Lavelle & Childers, I filed a CDC 602 for
> Citzen's Complaint against those [THAT UNDULY REFUSED TO PROCESS
> THE INITIAL CITIZEN'S COMPLAINT].  This was done after I was transfered
> from CTF-Soledad -- to CSP-Corcoran on Dec. 19, 2006.

> #2)  Though initiated in December of 2006, on Jan. 19,07, I was taken
> to a phone to speak with a Lt. Hancock, who stated that the complaint
> has been excepted and was there anything else I want to add..

> #3)  On March 12, 2007, I did receive the CDC 602, which [Did Not]
> enact a Citizen's Complaint as was stated via telephone call on Jan.
> 19, 07...however stated that I had a year to file. This was at First
> Level.

> #4)  On March 14, 2007, (two days after receiving First Level response),
> while at CSP-Corcoran, I place in the Appeal Coordinator's mail box --
> the CDC 602 to be addressed by SECON LEVEL review.

> #5)  On March 30, 2007, I fowarded the matter to the U.S. Dist. Court
> for them to entertain the issue. (Case No.:C-07-2014-CW, they denied
> the matter without prejudice, that I exhaust Administrative Rememedy.)

> #6)  After multiple attempts via GA-22 and letters of inquiries, finally
> on September 13, 2007, did I receive (VIA INSTITUTIONAL MAIL), the CDC
> 602, AND NOT THE ORIGINAL BUT A COPY of the SECOND LEVEL review.

Ex#2

#7) Being dissatisfied with the SECOND LEVEL review (that took some six months to received), on Sept. 23, 2006, I submitted to PVSP staff, the included CDC 602 for processing as Confidential Mail, to be sent hereto the Director's Level for review, which had been returned to Inmate Lucas statin:PROVIDE WRITTEN PROOF OF THE DATE OF THE RECEIPT OF THE ORIGINAL CDC 602.

INRESPONDING:

The last time Plantiff (Inmate Lucas), saw the ORIGINAL CDC 602, is when he placed it in the Appeal Coordinator's mail box at CSP-Corcoran on March 14, 2007. When such was returned, it was not the orginal -- but instead the copy which Plaintiff has been using as if they would have sent the original. Also, when he received the CDC 602, it came from Ctf-Soledad sent to:(a) CSP-Corcoran **where Plantiff** was but had been transfered; (b) forwarded from CSP-Corcoran to PVSP where Plantiff was transfered to and he received it via institutional mail.

With such being shown, CDCR do not have in place any such procedure to verify the date the original (or any tother) CDC 602 is actually received.

CONCLUDING:

Therefore, with all said/shown, Plantiff now resubmit the CDC 602 (entire package to include 19 pages in all), that you'll entertain the matter and fine finalize your position hereto this matter and so at this level of review.

Also, this Plantiff, informs this Inmate Appeals Branch, that he's going to go on and file his matter back in that of the U.S. Dist. Court, informing them of that inre this matter, and to also have process his 42 USC §1983.

Humbly, I thank you for your consideration to this matter, and ask humbly that you'll hastily render you judgment. Thank you much!!!

Dated: January 15, 2008...

Signed by: Isiah Lucas Jr.,
Respectfully
submitting...

2 of 2
With Attached 19 pages.

STATE OF CALIFORNIA —DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**

1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



December 31, 2007


LUCAS, ISIAH, E91878
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210-8500


RE: IAB# 0709160     CTF-07-00149     STAFF COMPLAINTS

Mr. LUCAS:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):


Provide written proof of the date of receipt of the original CDC 602.


N. GRANNIS, Chief
Inmate Appeals Branch

****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

Isiah Lucas Jr.,
E-91878
Pleasant Valley State Prison
24863 West Jayne Ave.,
Coalinga, Ca.   93210

STATE OF CALIFORNIA
DEPARTMENT OF CORRECTIONS & REHABILITATION
ATTN: Inmate Appeals Branch
1515 S Street
P.O. Box  942883
Sacramento, Ca.
94283-0001

In re: IAB#0709160
CTF-07-00149 STAFF COMPLAINT,
Responding to the Notice received
From this Ofc. dated @ Oct. 29,07...

Dear N. Grannis, Chief Inmate
Appeals Branch; and/or other autorized
person,

Greetings, and may this find all there fairing salubrious in all their being
and endevors..

Well, on November 6, 2007, I received that a notice from this office (See Attch.
at page #1), and I'd like to take this time to respond to it and clarify the issue
hereto this matter hoping that you'll give consideration that this matter may
move forth.

Therein the third paragraph of your notice, you state that you "has determined
that it (the 602) does not comply with the appeal procedures established in
California Code of Regulations (CCR) Title 15, Art. 8, and is being screened-out
and returned pursuant to CCR 3084.3 for the following reason(s):

An appellant must submit the appeal within 15 working days of the event or de-
cision being appealed, or of receiving a lower level decision in accordance with
CCR 3084.6(c). Only the original appeal form is accepted at the Director's Level
of Review. If you do not have the original appeal, see you Appeals Coordinator
for a replacement "Treat as Original" copy."

  In responding:

  A)  You're screening-out wrongfully, as you stated "appellant must
  submit the appeal within 15 working days of the events of decision
  being appealed, or of receiving a lower level decision in accordance
  with CCR 3084.6(c)"... If you'll look at the attach pages 2 thru 6,
  you'll see that appellant received SECOND Level response on September
  13, 2007, via institutional mail coming from CTF-Soledad.

  B)  Pertinent to the timeline of this matter and making a prima facie
  showing that "STAFF" is in violation to CCR 3084.6 Appeals Time Limits.

    #1)  On 3/12/07, appellant received FIRST Level Response from

[ 1 of 2 W/Attach. ]

CTF-Soledad -- while he was at CSP-Corcoran. Being DISSATISFIED, two days later, 3/14/07, appellant forwarded the matter to SECOND Level Review via Appeal's Coordinator's Mail Box @ CSP-Corcoran. Though appellant submitted to mail on 3/14/07 for SECOND Level Review -- it was'nt returned to him until 9/13/07. (See pages 2 - 6 whereas appellant documented that on top of those pages)

#2)  Appellant points out that though he submitted to mail on 3/14/07, for SECOND Level Review, it was SIX MONTHS LATER that he received the SECOND Level Review a blant violation of CCR 3084.6 (b)(3) where it states [SECOND LEVEL RESPONSES SHALL BE COMPLETED WITHIN 20 WORKING DAYS, OR 30 WORKING DAYS IF FIRST LEVEL IS WAIVED PURSUANT TO SEC. 3084.5(a)(3)."

#3)  Appellant submitted to mail for SECOND Level Review on 3/14/07 and never heard from CTF-Soledad in responding to the CDC 602 inre to CCR 3084.6(b)(3), so on 8/15/07, appellant (after multiple other mailed out request, GA/22 ect.) submitted a letter to both CTF-Soledad and Director of Correction (this agency) looking for a response to the CDC 602, and also provided a copy of the U.S. District  Court's order inre the matter. (See attach pg. 4 of 16, and also CDC-119 at pg 9 of 16 of attach.) Only then did appellant received the SECOND LEVEL REVIEW which he received on Sept. 13, 2007. Appellant, being DISSATISFIED, stated such on the CDC 602 and forwarded the matter to THIRD LEVEL REVIEW to Director's  Level for Review (see attached at pg. 2 of 16, Sec. H) 10 days later (see date at 2 of 16 Sec. H, and also attach. at 11 of 16).

#4)  Appellant, was always timely in submitting his CDC 602 to the next levels in compliance to CCR 3084.6 Appeal Time Limits.

C)  You state in the last paragraph of your notice; ONLY THE ORIGINAL APPEAL FORM IS ACCEPTED AT THE DIRECTOR'S LEVEL OF REVIEW. IF YOU DO NOT HAVE THE ORIGINAL APPEAL, SEE YOU APPEALS COORDINATOR FOR A REPLACEMENT "TREAT AS ORIGINAL" COPY.

In responding:

#1)  On 3/14/07, appellant, sent the ORIGINAL to CTF-Soledad (from CSP-Corcoran), and they never sent the original back to me -- but instead that which is here attached.

#2)  I ask you to communicate with CTF-Soledad inre the ORIGINAL that you seek as they're the ones who "did not" return the ORIGINAL and being that you're they're superior, I ask you (humbly) to seek the ORIGINAL, esp. being that appellant's prior endevors to communicate and obtain needed matterials from them has often (99.9% of the time) rendered no response and/or one of relevance to the requests.

INCLOSING

Appellant, I/M Lucas, now resubmit this matter to this Inmate Appeals Brabch for the State Of California Dept. of Corr. and Rehab., for DIRECTOR'S REVIEW, that relief is granted and/or Appellant is allowed to move forward in litigation.

Dated @ November 11, 2007.                    Signed by:

[ 2 of 2 W/Attach. ]

STATE OF CALIFORNIA -DEPARTMENT OF CORRECTIONS AND REHABILITATION          ARNOLD SCHWARZENEGGER, GOVERNOR

**INMATE APPEALS BRANCH**
1515 S Street, Sacramento, CA 95814
P.O. Box 942883
Sacramento, CA 94283-0001



October 29, 2007

LUCAS, JR., ISIAH, E91878
Pleasant Valley State Prison
P.O. Box 8500
Coalinga, CA 93210-8500

RE: IAB# 0709160    CTF-07-00149    STAFF COMPLAINTS

Mr. LUCAS, JR.:

The Inmate Appeals Branch, California Department of Corrections and Rehabilitation (CDCR) acts for the Director, Division of Adult Institutions, at the third level of appeal. The Branch examines and responds to inmate and parolee appeals that are submitted on a CDC Form 602, Inmate/Parolee Appeal Form, after the institution or parole region has responded at the Second Level of Appeal.

Institution and parole staff are available to assist you in obtaining additional copies of forms and documents required to submit an appeal. The inmate library offers resources and assistance to obtain general information regarding regulations, procedures, policies, and government agency addresses. Additionally, your assigned Counselor or Parole Agent, or the Appeals Coordinator can answer any questions you may have regarding the appeals process. The Inmate Appeals Branch appreciates your responsible use of the appeal system to address your grievance.

The Inmate Appeals Branch has received an appeal from you and has determined that it does not comply with the appeal procedures established in California Code of Regulations (CCR) Title 15, Article 8, and is being screened-out and returned to you pursuant to CCR 3084.3 for the following reason(s):

An appellant must submit the appeal within 15 working days of the event or decision being appealed, or of receiving a lower level decision in accordance with CCR 3084.6(c).
Only the original appeal form is accepted at the Director's Level of Review. If you do not have the original appeal, see your Appeals Coordinator for a replacement "Treat as Original" copy.

N. GRANNIS, Chief
Inmate Appeals Branch

I/M Lucas,
in receipt of this
this hereon this
6th day November
year 2007.



****PERMANENT APPEAL ATTACHMENT-DO NOT REMOVE****

To: Appeals Coordinator
California Training Facility
Highway 101 North, Soledad, Ca. 93960

received by Elsga 5.17

COR 134

**INMATE/PAROLEE APPEAL FORM**
CDC 602 (12/87)

Location: Institution/Parole Region: CTF-S   Log No. 07-00149   Category 7-4

MAY 2 2007  2ND LEVEL

STAFF COMPLAINT

You may appeal any policy, action or decision which has a significant adverse affect upon you. With the exception of Serious CDC 115s, classification committee actions, and classification and staff representative decisions, you must first informally seek relief through discussion with the appropriate staff member, who will sign your form and state what action was taken. If you are not then satisfied, you may send your appeal with all the supporting documents and not more than one additional page of comments to the Appeals Coordinator within 15 days of the action taken. No reprisals will be taken for using the appeals procedure responsibly.

NAME: Lucas    3150 134c    NUMBER: E-91878    ASSIGNMENT: Unassigned    UNIT/ROOM NUMBER: 4B1L-59 (SP Corco

**A. Describe Problem:** On 7/21/06 I submitted a 602 in compliance to CCR 3391(5) and Pen. Code Sec. 832.5, to inticate a Citizen's Complaint against C/O Lavelle and C/O Childers -- for Staff Misconduct as C/O Lavelle lied about me pushing her, and falsified her report leaving out that she pushed me; and C/O Childers -- lied stating he saw me push C/O Lavelle. The matter was screen on 7/25/06; 8/18/06; 9/13/06; 9/21/06; all denying me my right to file a Citizen's Complaint esp. when I continue to express my desire(s) and "only" due to the misconduct of C/O Lavelle & C/O Childers. I knew I did not touch C/O Lavelle; my witness(es) stated likewise, and in a situation as such -- it shouldix been investigate, for I'm being punished (SHU) due to a lie/misconduct. This matter was submitted to Mr. Matthew Thomas of CDCR, and

If you need more space, attach one additional sheet to Inmate Appeals Branch on 9/25/06, received response by Petitioner on 12/15/06.

**B. Action Requested:** (A) To be justly compensated for everyone that act under "color of law" that deprived me of my Constitutional Right to file a Citizen's Complaint against C/O Lavelle & C/O Childers, which also obstruct Justice; and "at the "court level" asking for an Injunction that the matter be fully investigated "with" the "right denied (Citizen's Complaint) be initiated.

Inmate/Parolee Signature: Oscar Lucas Jr.    Date Submitted: Dec. 19, 2006

**C: INFORMAL LEVEL** (Date Received: ___

**Staff Response:**

This copy of the 602 was returned to Plaintiff, not the ORIGINAL

BYPASS

RECEIVED INMATE APPEALS BRANCH APR 28 2007

**Staff Signature:** ___    Date Returned to Inmate: ___

**D. FORMAL LEVEL**
If you are dissatisfied, explain below, attach supporting documents (Completed CDC 115, Investigator's Report, Classification chrono, CDC 128, etc.) and submit to the Institution/Parole Region Appeals Coordinator for processing within 15 days of receipt of response.

RECEIVED NOV 15 200 INMATE APPEALS BRANCH

**BYPASS**

Signature: ___    Date Submitted: ___

Note: Property/Funds appeals must be accompanied by a completed Board of Control form BC-1E, Inmate Claim.

RECEIVED
DEC 23 2006
CTF APPEALS

APR 9/2007

CDC Appeal Number: 07-00149

First Level    ☐ Granted    ☑ P. Granted    ☐ Denied    ☐ Other

E. REVIEWER'S ACTION (Complete within 15 working days): Date assigned: DEC 2 3 2006    Due Date FEB 7 2007

Interviewed by: See Attached

Staff Signature: C. Jones Hancock    Title: LT.    Date Completed: 1-26-07

Division Head Approved    Signature: ___    Title: ___    Returned Date to Inmate: 31 2007

F. If dissatisfied, explain reasons for requesting a Second-Level Review, and submit to Institution or Parole Region Appeals Coordinator within 15 days of receipt of response.

Dissatisfied! A) No compensation has been granted inre to being Wrongfully Screen-out on Four (4) previous occasion by Appeals Coordinator @ CTF ect.; B) Injunction Relief " has not" been properly initiated, which is Staff Misconduct via Citizen's Complaint... (Note: Received this 602 back on March 12, 07...)

Signature: Josiah Lucas    Date Submitted: March 14, 2007

Second Level    ☐ Granted    ☑ P. Granted    ☐ Denied    ☐ Other

G. REVIEWER'S ACTION (Complete within 10 working days): Date assigned: APR 9 2007    Due Date: MAY 7 - 2007

☐ See Attached Letter

Signature: ___ R. PORE    Date Completed: 4-26-07

Warden/Superintendent Signature: ___    Date Returned to Inmate: 2007

H. If dissatisfied, add data or reasons for requesting a Director's Level Review, and submit by mail to the third level within 15 days of receipt of response.

Not Satisfied and so for the reasons set forth in Sections "A, B, and D" of this 602... Note to the Reviewer of this Appeal: Plantiff, Phil Lucas, has been Timely in filing of this appeal, and though submitted to the SECOND LEVEL of review on or about 3-14-07, it was received by Plantiff on 9-13-07 via PVSP Institutional Mail... Complete package inre to this 602, 5 pages...

Signature: Josiah Lucas    Date Submitted: Sept. 23, 2007

For the Director's Review, submit all documents to: Director of Corrections
P.O. Box 942883
Sacramento, CA 94283-0001
Attn: Chief, Inmate Appeals

0709160

DIRECTOR'S ACTION:    ☐ Granted    ☐ P. Granted    ☑ Denied    ☐ Other
☑ See Attached Letter
CDC 602 (12/87)    Date: APR 2 2 2008

State of California                                                        Attachment E    2/21/06

# Memorandum

Date  :  January 26, 2007

To    :  Lucas, E-91878

Subject:  **STAFF COMPLAINT RESPONSE - APPEAL # 07-00149**

**APPEAL ISSUE:** That Officer Lavelle pushed you and afterward falsified reports of Assault on Staff that never happened. You also accused Officer Childers of falsifying reports of Assault on Staff that never happened. You claimed all parties were not interviewed because Inmate Gibbs may have seen the incident. You submitted an Inmate Appeal Form with the following action requested. "To be justly compensated for everyone that act under "color of law" that deprived you of your Constitutional Right to file a Citizen Complaint against Officer Lavelle & Officer Childers, which also obstructed justice, and at the "court level" asking for an Injunction that the matter be fully investigated with the right denied (Citizen Complaint) be initiated."

**DETERMINATION OF ISSUE:** A review of the allegations of staff misconduct presented in the written complaint has been completed. Based upon this review your appeal has been handled as follows:
☒  PROCESSED AS A STAFF COMPLAINT APPEAL INQUIRY
☐  REFERRED TO THE OFFICE OF INTERNAL AFFAIRS

**SUMMARY FOR APPEAL INQUIRY:**
You were interviewed on 1-19-07 by Lieutenant C. C. Hancock and stated; "On July 8, 2006 at approximately 0850 hours, Officer G. Lavelle pushed me and afterward falsified reports of Assault on Staff that never happened". You also claimed that Officer Childers falsified reports of Assault on Staff, and that all parties were not interviewed because Inmate Gibbs may have seen the incident. The following witnesses were questioned: Inmates Hensley, D-91834 and Gibbs, K-75976. The following information was reviewed as a result of your allegations of staff misconduct: Appeal Package Log #07-00149 containing CDC 602 Log #06-03452 and response, CDCR Incident Package Log # CTF-C-06-07-0156, AOD Contact Memorandum authored by Lt. C. Hancock dated 7-8-06, CDC 115 Rules Violation Report Log # III-07-06-01, CDC 602 Log #06-01425 and response, CDC 1824 Reasonable Modification or Accommodation Request dated April 28, 2006, Comprehensive Accommodation Chrono dated 1-18-05, Comprehensive Accommodation Chrono dated 5-25-06, CDC 128-C dated 5-18-07, Cell Move Request Form undated, Memorandum dated 12-15-05 by P. Barker, Chief Deputy Warden concerning lower bunk assignments, Memorandum from Office of Inspector General dated 7-10-06, CDC 629-A SHU Term Worksheet dated 10-6-06,  and Inventory Sheet dated 7-8-06.

**FINDINGS FOR AN APPEAL INQUIRY:**
Your appeal is **PARTIALLY GRANTED** at the ☒ First level, as an inquiry into your allegation has been conducted. ALL STAFF PERSONNEL MATTERS ARE CONFIDENTIAL IN NATURE. As such, results of any inquiry/investigation will not be shared with staff, members of the public, or inmates. Although you have the right to submit a staff complaint, a request for administrative action regarding staff or the placement of documentation in a staff member's personnel file is beyond the scope of the staff complaint process.

Allegations of staff misconduct do not limit or restrict the availability of further relief via the inmate appeals process. If you wish to appeal the decision, you must submit your staff complaint appeal through all levels of appeal review up to, and including, the Director's Level of Review. Once a decision has been rendered at the Director's Level of Review, your administrative remedies will be considered exhausted.

_____ , R. Pope, A(W ω)            1-30-07
Associate Warden
CTF-Central                                              Date

Isiah Lucas Jr.,
E-91878
PVSP  B/4-129
Box  8502
Coalinga, Ca.    93210



RECEIVED

CTF APPEALS

To The Following(s):

Director of Corrections
Attn:  Chief, I/M Appeals
Box    942883
Sacramento, Ca.    94283-0001

and

Appeals Coordinator's Office
@
California Training Facility-Soledad
High Way 101 N., P.O. Box   689
Soledad, Ca.    93960

# 07-00149

INRE: Appeal Log No.: 07-00149,
never received 2nd LEVEL Response...

Dear Above Entitled,

On 12/19/06, from CSP-Corcoran, I submitted a 602 inre to allegations of
CTF-Soledad's Appeal Office, wrongfully denying to process a citizen's
complaint. I received a response from that 602 while at CSP-Corcoran on
3/12/07, and being dissatisfied I forwarded it to the next level via placing
it in the Appeals Coordinator's Mail Box, and that was done on 3/14/07.
Since then, I've made multiple attempts to inquire about the 602 but heard
absolutely nothing. The attempts was made while at CSP-Corcoran via requests
to appeals coor. ofc., all to no avail.  Was later transfered hereto Pleasant
Valley State Prison, and has made numerous attempts to find out about that
602 by way of CDC I/M Requests and CDC 602, all efforts has been to no avail.
I then made several request (via mail) to CTF-Soledad, inquiring about the
602 that I may move on in litigations to exhaust my administrative remedies,
all efforts (again) has been to no avail.

I now make this last attempt, hoping that the appeal procedural process be
honored, that litigations can go forth in its proper manner. I also present
this issue now before the Director of Corrections - Chief I/M Appeals level,
with hopes that they'll oversee this matter to bring a legal resolve to the
issue, and being presented to (only them) the Director Of Corrections — is
the U.S. District Court's (Case No.: C 07-02014 CW (PR) ORDER OF DISMISSAL and
JUDGMENT, whereas they've dismissed the matter without prejudice...and will
hear the matter once the exhaustion of administrative remedies are completed.
Its the only copy that I have, so if the Cal. Training Facility - Soledad
has reasons to view it you should be able to FAX them the copies. I move to show
the court(s) that I'm making every reasonable effort to exhaust admin. remedies
before placing the matter back before them. I submit this letter respectfully.

Dated @ August 15, 2007...                     Signed by: _____

# DEPARTMENT OF CORRECTIONS
## Correctional Training Facility
## Soledad, California



## SUPPLEMENTAL PAGE

RE:    CTF APPEAL LOG No. **CTF-S- 07– 00149**
Second Level Reviewer's Response

**NAME:**  LUCAS        **CDC NUMBER:** E-91878        **HOUSING:** CSP-COCORAN

## APPEAL DECISION:

### PARTIALLY GRANTED

## APPEAL ISSUE:    Staff Complaint

## APPEAL RESPONSE

In your appeal you state the following:

(1) That on July 21, 2006, you submitted an appeal (CDC 602) to initiate a citizen's complaint against Officers G. Lavelle and J. Childers for staff misconduct. In your appeal, you stated that Officer Lavelle lied about you pushing her. She falsified her report leaving out that she pushed you. Also, that Officer J. Childers lied by stating that he saw you push Officer Lavelle.

(2) That the matter was screened on 7/25/06, 8/18/06, 9/13/06 and 9/21/06, and that you were denied your right to file a Citizens Complaint. You continued to express your desires to file a Citizens Complaint only due to the misconduct of Officers Lavelle and Childers.

(3) That on 9/25/06 you referred this matter to Mr. Matthew Thomas of California Department of Corrections and Rehabilitation and to the Inmate Appeals Branch. You received a response on 12/15/06.

(4) That you be justly compensated by everyone that deprived you of your rights to file a Citizens Complaint against Officers Lavelle and Childers, which obstructed justice.

(5) That a court level injunction be ordered to have the matter of your right to file a Citizens Complaint fully investigated.

A thorough review of your appeals package, all of your attachments, and all relevant documentation has been completed and reveals the following:

(1) On January 19, 2007 you were interviewed by Correctional Lieutenant C.C. Hancock who provided you the opportunity to explain you're appeal, present supporting information and documents. During the interview you stated, On July 8, 2006 at approximately 0850 hours, Officer Lavelle pushed you and afterwards falsified reports of Assault on Staff which never happened. You also claimed that Officer Childers falsified reports of Assault on Staff, and that all parties were not interviewed because inmate Gibbs may have seen the incident. The following inmate witnesses were interviewed, Inmates Hensley D-91834 and Gibbs K-75976. Also the following staff witnesses were interviewed Officers Lavelle and Childers.

(2) On January 19, 2007, an interview was conducted with Officer Childers and he stated that on July 8, 2006 he saw you push Officer Lavelle on the third tier of D-Wing while she was



Second Level Reviewer's Response
C'TF Appeal Log #*CTF-C-07-00149*
Page 2 of 2



(3)  On January 19, 2007, an interview was conducted with Officer Lavelle, and she stated that on July 18, 2006 when she opened your cell door, you started placing your property on the tier just outside your cell. When she instructed you to put your property back in your cell, you slammed the door closed. You then pushed her in the upper chest area with hands in an effort to get past her. Officer Lavelle then pressed her personal alarm button and responding staff placed you in handcuffs.

Dissatisfied with the First Level Response, you submitted your appeal for a Second Level Review.

(1)  On October 3, 2006, the Rules Violation Report (Log #III-07-06-01) was heard by Lieutenant L. Chavez who found you guilty of Battery On A Peace Officer Without Serious Injuries. You appealed Lieutenant Chavez's decision on 10/18/06 which was denied at the Second Level Review (Log #06-03452).

(2)  On April 13, 2007, Correctional Counselor II P. Dennis, Appeals Coordinator was interviewed by Lieutenant T. G. Jarvis and he stated that your appeals were not processed because you had a Rules Violation Report pending adjudication. He had informed you on several occasions that until the Rules Violation Report was adjudicated you could not proceed with your appeal. Upon receiving Appeal Log #CTF-07-00149, it was to process as a Staff Complaint because the Rules Violation Report had been adjudicated.

(3)  The appropriate supervisory staff has been advised of the complaint and it has been investigated. In the event of staff misconduct the institutional supervisory or administrative staff will take the appropriate course of action; however, this is confidential information and will not be released to you.

Your allegation of staff misconduct by Correctional Officers G. Lavelle and J. Childers is **UNSUBSTANTIATED**. You have not provided sufficient information that would substantiate your claim that the Officer had committed an illegal act. You have also failed to provide objective, reliable, physical evidence and/or witnesses to support your charge against this Officer.

Based upon the aforementioned, your appeal is being **PARTIALLY GRANTED** at the Second Level of Review. Specifically, that your appeal was processed as a Staff Complaint and no compensation will be awarded.

J. Sisk                                         Date 4-26-07
Associate Warden (A)
Correctional Training Facility

Ben Curry                                       Date
Warden (A)
Correctional Training Facility

cc:  Appeals Office File
     Inmate's Central File

# CDC-119

## SPECIAL PURPOSE LETTERS

| LUCAS | E91878 | ADDRESS | TYPE OF LETTER REC'D/SENT | SENT | REC'D |
|---|---|---|---|---|---|
| | | LONG BEACH SUP CRT 415 W OCEAN BLVD LB, CA 90802 | TRUST | 4/11/2007 | |
| | | SAN FRAN USDC 450 GOLDEN GATE AE SF, CA 94102 | NO POST NEC | 4/11/2007 | |
| | | GOV CLAIM BOARD POB 3035 SAC CA 95812-3035 | IND | 4/12/2007 | |
| | | SAN FRAN USDC NORTHERN DIST. 450 GOLDEN GATE AVE. SF, CA 94102 | IND | 4/12/2007 | |
| | | CHIEF INMATE APP. POB 942883 SAC CA 94283 | STAMPS | 4/23/2007 | |
| | | SAN FRAN USDC NORTHERN DIST. 450 GOLDEN GATE AVE.  94102/HENDERSON | TRUST | 4/24/2007 | |
| | | CHIEF INMATE APP. POB 942883 SAC CA 94283 | STAMP | 5/2/2007 | |
| | | LA SECOND APP CRT 300 S. SPRING ST LA CA 90013 | TRUST | 5/2/2007 | |
| | | MONTEREY SUP CRT 1200 AGUAJITO RD MONTEREY, CA 93440 | TRUST | 5/9/2007 | |
| | | SAC ATTY GEN 1300 I ST POB 944255 SAC, CA 94244 | TRUST | 5/9/2007 | |
| | | SAN FRAN USDC NORTHERN DIST. 450 GOLDEN GATE AVE.  94102 | TRUST | 5/10/2007 | |
| | | MONTEREY CO SUP CRT 1200 AGUAJITO ROAD MONTEREY CA 93940 | TRUST | 5/11/2007 | |
| | | SAN FRAN 450 GOLDEN GATE AE SF, CA 94101 | TRUST | 5/11/2007 | |



| LUCAS | E91878 | ADDRESS | TYPE OF LETTER REC'D/SENT | SENT | REC'D |
|---|---|---|---|---|---|
| | | CORCORAN STATE PRISON-MAILROOM-4001 KING AVE POB 8800 CORCORAN CA 93212 | IND | 5/17/2007 | |
| | | FSC FRESNO SUP CRT 100 VAN NESS 93724 | TRUST | 5/17/2007 | |
| | | SAN FRAN USDC NORTHERN DIST. 450 GOLDEN GATE AVE. 94102 | TRUST | 5/25/2007 | |
| | | SAN FRAN USDC 450 GOLDEN GATE AE SF, CA 94102 | NO POST NEC | 5/31/2007 | |
| | | PLO GENERAL DELIVERY, SAN QUENTIN, CA. 94964 | IND | 6/11/2007 | |
| | | GOV CLAIM BOARD POB 3035 SAC CA 95812-3035 | TRUST | 6/18/2007 | |
| | | LONG BEACH SUP CRT 415 W OCEAN BLVD LB, CA 90802 | TRUST | 6/18/2007 | |
| | | SAC ATTY GEN 944255 SAC, CA 94244 | TRUST | 6/18/2007 | |
| | | US ATTY GEN 950 PENNSYLVANIA AVE WASHINGTONDC 20530 | TRUST | 6/20/2007 | |
| | | US SUPREME 1 FIRST ST CRT WASHINGTON DC 20343 | TRUST | 6/20/2007 | |
| | | DIR. OF CORR. POB 942883 SACTO, CA 94283 | IND | 7/2/2007 | |
| | | SALINAS DA 240 CHURCH CA 93901 | STAMP | 7/5/2007 | |
| | | GOV CLAIM BOARD POB 3035 SAC CA 95812-3035 | TRUST | 7/6/2007 | |
| | | SAN JOSE CRT OF APP 333 WEST SANTA CLARA ST SAN JOSE CA 95113 | TRUST | 7/11/2007 | |
| | | TAXPAYERS FOR INPROVING PUBLIC SAFETY POB 255456 SAC, CA 95865 | IND | 7/11/2007 | |

Wednesday, October 24, 2007

| LUCAS | E91878 | ADDRESS | TYPE OF LETTER REC'D/SENT | SENT | REC'D |
|---|---|---|---|---|---|
| | | LA SECOND APP CRT 300 S. SPRING ST LA CA 90013 | TRUST | 7/16/2007 | |
| | | PLO GENERAL DELIVERY, SAN QUENTIN, CA. 94964 | IND | 7/16/2007 | |
| | | MONTEREY CO SUP CRT 240 CHURCH ST SALINAS CA 93902 | TRUST | 7/23/2007 | |
| | | SOLEDAD APPEALS CORRDINATOR CTF-C POB 689 SOLEDAD CA | IND | 7/23/2007 | |
| | | FRESNO USDC 1130 O ST FRESNO, CA 93721 | TRUST | 7/27/2007 | |
| | | GOV CLAIM BOARD POB 3035 SAC CA 95812-3035 | TRUST | 7/27/2007 | |
| | | PLO GENERAL DELIVERY, SAN QUENTIN, CA. 94964 | IND | 7/27/2007 | |
| | | DIR. OF CORR. POB 942883 SACTO, CA 94283 | STAMPS | 8/1/2007 | |
| | | CORCORAN APPEALS COORD. POB 8800 CORCORAN, CA 93212 | IND | 8/2/2007 | |
| | | PLO GENERAL DELIVERY, SAN QUENTIN, CA. 94964 | STAMPS | 8/13/2007 | |
| | | TAXPAYERS FOR INPROVING PUBLIC SAFETY POB 255456 SAC, CA 95865 | IND | 8/13/2007 | |
| | | PLO GENERAL DELIVERY, SAN QUENTIN, CA. 94964 | METERED | 8/14/2007 | |
| | | DIR. OF CORR. POB 942883 SACTO, CA 94283 | IND | 8/16/2007 | |
| | | SOLEDAD APPEALS CORRDINATOR CTF-C POB 689 SOLEDAD CA | IND | 8/16/2007 | |
| | | DEPT OF CORR. POB 942883 SAC CA 94283-0001 | IND | 8/22/2007 | |

| LUCAS | E91878 | ADDRESS | TYPE OF LETTER REC'D/SENT | SENT | REC'D |
|---|---|---|---|---|---|
| | | OMBUDSMAN PO BOX 348780 SACTO, CA 95814 | IND | 8/22/2007 | |
| | | GOV CLAIM BOARD POB 3035 SAC CA 95812-3035 | IND | 8/24/2007 | |
| | | LA SECOND APP CRT 300 S. SPRING ST LA CA 90013 | TRUST | 8/27/2007 | |
| | | LA SECOND APP CRT 300 S. SPRING ST LA CA 90013 | TRUST | 8/27/2007 | |
| | | SAC ATTY GEN 1300 I ST POB 944255 SAC, CA 94224X2 | TRUST | 8/27/2007 | |
| | | SAN FRAN SUP CRT 450 GOLDEN GATE AVE SF, CA 94104 | IND | 9/17/2007 | |
| | | DIR. OF CORR. POB 942883 SACTO, CA 94283 | IND | 9/25/2007 | |
| | | DIR. OF CORR. POB 942883 SACTO, CA 94283 | IND | 10/3/2007 | |
| | | GOV CLAIM BOARD POB 3035 SAC CA 95812-3035 | IND | 10/3/2007 | |
| | | HANFORD SUP CRT 1426 S DRIVE CA 93230 | IND | 10/3/2007 | |
| | | PLO GENERAL DELIVERY, SAN QUENTIN, CA. 94964 | IND | 10/3/2007 | |
| | | TAXPAYERS FOR INPROVING PUBLIC SAFETY POB 255456 SAC, CA 95865 | IND | 10/3/2007 | |
| | | SAN FRAN SUP CRT 350 MCALLISTER ST CA 91402 | TRUST | 10/5/2007 | |
| | | GOV CLAIM BOARD POB 3035 SAC CA 95812-3035 | STAMP | 10/9/2007 | |
| | | SAN FRAN SUP CRT 350 MCALLISTER ST CA 91402 | IND | 10/16/2007 | |

Wednesday, October 24, 2007

| LUCAS | E91878 | ADDRESS | TYPE OF LETTER REC'D/SENT | SENT | REC'D |
|---|---|---|---|---|---|
| | | SAN FRAN SUP CRT 350 MCALLISTER ST CA 91402 | TRUST | 10/16/2007 | |
| | | HANFORD SUP CRT 1426 S DRIVE CA 93230 | TRUST | 10/22/2007 | |
| | | DEPT OF CORR 1515 S ST  SAC CA 95814 | IND | 10/23/2007 | |
| | | ROSEN, BIEN & ASARO 155 MONTGOMERY ST FLR 8 SF CA 94104 | IND | 10/23/2007 | |
| | | UNIVERSITY OF CA SCHOOL OF LAW 400 MRAK HALL DR DAVIS CA | IND | 10/23/2007 | |

Wednesday, October 24, 2007

## PLEASANT VALLEY STATE PRISON
## CONFIDENTIAL/LEGAL MAIL LOG

### INCOMING HISTORY

| E91878 | LUCAS | HSNG | SENDER | DATE | C/O SIGN | I/M SIGN |
|--------|-------|------|--------|------|----------|----------|
| | | B4 108L | PLO GENERAL DELIVERY, SAN QUENTIN, CA. 94964 (PRISON LAW OFFICE) | 4/17/2007 | | |
| | | B4 108L | CENTER FOR CONSTITUTIONAL RIGHTS 666 BROADWAY NY, NY 10012 | 4/17/2007 | | |
| | | B4 108L | DEPT OF CORR  POB 942883 SAC CA 94283-0001 | 4/17/2007 | | |
| | | B4 108L | SAN FRAN USDC NORTHERN DIST OF CA 450 GOLDEN GATE AVE SF, CA 94 102 | 4/17/2007 | | |
| | | B4 108L | LA USDC CENT DIST US CRTHOUSE 90012 | 4/18/2007 | | |
| | | B4 108L | MONTEREY SUP CRT 1200 AGUAJITO RD MONTEREY, CA 93940 | 4/18/2007 | | |
| | | B4 108 | NO FUNDS POSTAGE REQUIRED FOR CONFIDENTIAL CORRESPONCE (DOC) | 4/20/2007 | | |
| | | B4 108L | SAN FRAN USDC NORTHERN DIST OF CA 450 GOLDEN GATE AVE SF, CA 94 102 | 4/23/2007 | | |
| | | B4 108 | RTN FROM MAILROOM CO SIG: REQUIRED(USDC) | 4/26/2007 | | |
| | | B4 108 | OAKLAND USDC 1301 CLAY 94612 | 4/27/2007 | | |
| | | B4 108L | GOV CLAIMS PO BOX 3035 SACR, CA 95812 | 5/1/2007 | | |
| | | B4 136L | LA CRT OF APP 300 S SPRING ST LA CA 90013 | 5/11/2007 | | |

*PRINT NAME OF STAFF ISSUING MAIL* _____



| E91878 | LUCAS | HSNG | SENDER | DATE | C/O SIGN | I/M SIGN |
|---|---|---|---|---|---|---|
| | | B4 136L | SALINAS SUP CRT 240 CHURCH  SALINAS CA 93901 | 5/18/2007 | | |
| | | B4 136L | SAN FRAN USDC 450 GOLDEN GATE AVE CA 94102 | 5/18/2007 | | |
| | | B4 136L | LA USDC LA, CA 90012X2 | 5/25/2007 | | |
| | | B4 136L | SAN FRAN USDC 450 GOLDEN GATE AVE CA 94102 | 5/29/2007 | | |
| | | B4 136L | DEPT OF CORR  POB 942883 SAC CA 94283-0001 | 6/4/2007 | | |
| | | B4 136L | OAKLAND USDC 1301 CLAY 94612 | 6/5/2007 | | |
| | | B4 136L | FSC FRESNO SUP CRT 1100 VAN NESS FRESNO, CA. 93724 | 6/20/2007 | | |
| | | B4 136L | OAKLAND USDC 1301 CLAY 94612 | 6/20/2007 | | |
| | | B4 136L | CENTER FOR CONSTITUTIONAL RIGHTS 666 BROADWAY NY,NY 10012 | 6/22/2007 | | |
| | | B4 129 | ROSEN, BIEN & GALVAN 315 MONTGOMERY ST., SF CA 94104 | 6/28/2007 | | |
| | | B4 129L | GOV CLAIMS PO BOX 3035 SACR, CA 95812 | 6/28/2007 | | |
| | | B4 129L | US SUPREME CRT WASHINGTON, DC 20543 | 7/3/2007 | | |
| | | B4 129L | SALINAS SUP CRT 240 CHURCH  SALINAS CA 93901 | 7/3/2007 | | |
| | | B4 129L | NO FUNDS ADD. POSTAGE REQUIRED FOR CONFIDENTIAL CORRESPONCE - DA | 7/3/2007 | | |
| | | B4 129L | DEPT OF CORR  POB 942883 SAC CA 94283-0001 | 7/3/2007 | | |

*PRINT NAME OF STAFF ISSUING MAIL* _____

| E91878 | LUCAS | HSNG | SENDER | DATE | C/O SIGN | I/M SIGN |
|--------|-------|------|--------|------|----------|----------|
| | | B4 129L | DEPT OF CORR  POB 942883 SAC CA 94283-0001 | 7/6/2007 | | |
| | | B4 129L | TAXPAYERS FOE IMPROVING PUBLIC SAFETY POB 255456 SAC, CA 95814 | 7/9/2007 | | |
| | | B4 129L | LONG BEACH SUP CRT 415 W OCEAN BLVD LB, CA 90802 | 7/10/2007 | | |
| | | B4 129L | PLO GENERAL DELIVERY, SAN QUENTIN, CA. 94964 (PRISON LAW OFFICE) | 7/17/2007 | | |
| | | B4 129L | FRESNO USDC EASTERN DISTRICT OF CA FRESNO,C A 93721 | 7/18/2007 | | |
| | | B4 129L | PLO GENERAL DELIVERY, SAN QUENTIN, CA. 94964 (PRISON LAW OFFICE) | 7/24/2007 | | |
| | | B4 129L | DEPT OF CORR  POB 942883 SAC CA 94283-0001 | 7/25/2007 | | |
| | | B4 129L | SUPERIOR COURT OF CA, COUNTY OF MONTEREY | 8/1/2007 | | |
| | | B4 129 | LA CRT OF APPEALS 300 S. SPRING ST. LA, CA 90013 | 8/6/2007 | | |
| | | B4 129L | PLO GENERAL DELIVERY, SAN QUENTIN, CA. 94964 (PRISON LAW OFFICE) | 8/8/2007 | | |
| | | B4 129L | SAC USDC EASTERN DISTRICT 5011 ST. SAC, CA 95814 | 8/10/2007 | | |
| | | B4 129L | GOV CLAIMS PO BOX 3035 SACR, CA 95812 | 8/10/2007 | | |
| | | B4 129L | DEPT OF CORR  POB 942883 SAC CA 94283-0001 | 8/16/2007 | | |
| | | B4 129L | PLO GENERAL DELIVERY, SAN QUENTIN, CA. 94964 (PRISON LAW OFFICE) | 8/28/2007 | | |
| | | B4 129L | PLO GENERAL DELIVERY, SAN QUENTIN, CA. 94964 (PRISON LAW OFFICE) | 8/29/2007 | | |

*PRINT NAME OF STAFF ISSUING MAIL* _____

| E91878 | LUCAS | HSNG | SENDER | DATE | C/O SIGN | I/M SIGN |
|---|---|---|---|---|---|---|
| | | D4 132L | TAXPAYERS FOE IMPROVING PUBLIC SAFETY POB 255456 SAC, CA 95814 | 9/5/2007 | | |
| | | D4 132L | DEPT OF CORR  POB 942883 SAC CA 94283-0001 | 9/7/2007 | | |
| | | D4 132L | LA CRT OF APPEALS 300 S. SPRING ST. LA, CA 90013 | 9/11/2007 | | |
| | | D4 132L | PLO GENERAL DELIVERY, SAN QUENTIN, CA. 94964 (PRISON LAW OFFICE) | 9/11/2007 | | |
| | | D4 132L | FRESNO USDC EASTERN DISTRICT OF CA FRESNO,C A 93721 | 9/12/2007 | | |
| | | B2 248L | NO FUNDS ADD. POSTAGE REQUIRED FOR CONFIDENTIAL CORRESPONCE - DOC | 9/24/2007 | | |
| | | B2 248L | SAN FRAN USDC NORTHERN DISTRICT 450 GOLDEN GATE AVE. SF, CA 94102 | 9/25/2007 | | |
| | | B2 248L | SALINAS SUP CRT 240 CHURCH  SALINAS CA 93901 | 9/25/2007 | | |
| | | B2 248L | SAN JOSE CRT OF APP 333 W. SANTA CLARA 95113 | 9/27/2007 | | |
| | | B2 248L | RTN FROM MAILROOM NOT CONSIDERED LEGAL/CONFIDENTIAL(FAMILY AGAINST 3 STRIKES) | 10/3/2007 | | |
| | | B2 248L | VICTIM COMPENATION & GOV CLAIMS BOARD POB 3036 SAC, CA 95812 | 10/5/2007 | | |
| | | B2 133L | HANFORD SUP CRT 1426 S DR CA 93230 | 10/11/2007 | | |
| | | B2 133L | SAN FRAN ATTY GEN 455 GOLDEN GATE AVE CA 94102 | 10/12/2007 | | |
| | | B2 133L | SAN FRAN ATTY GEN 455 GOLDEN GATE AVE CA 94102 | 10/16/2007 | | |
| | | B2 133L | LONG BEACH SUP CRT 415 W OCEAN BLVD LB, CA 90802 | 10/17/2007 | | |

*PRINT NAME OF STAFF ISSUING MAIL* _____

| E91878 | LUCAS | HSNG | SENDER | DATE | C/O SIGN | I/M SIGN |
|--------|-------|------|--------|------|----------|----------|
| | | B2 133L | SAN FRAN SUP CRT 350 MCALLISTER CA 94102 | 10/18/2007 | | |
| | | B2 133L | PLO GENERAL DELIVERY, SAN QUENTIN, CA. 94964 (PRISON LAW OFFICE) | 10/22/2007 | | |
| | | B2 133L | SAN FRAN SUP CRT 350 MCALLISTER CA 94102 | 10/23/2007 | | |
| | | B2 133L | SAN FRAN ATTY GEN 455 GOLDEN GATE AVE CA 94102 | 10/23/2007 | | |

PRINT NAME OF STAFF ISSUING MAIL _____

STATE OF CALIFORNIA )
COUNTY OF FRESNO )
_____ )

### (C.C.P. SEC. 446 & 201.5; 28 U.S.C. SEC. 1746)

I, _Isiah Lucas Jr._ declare under the penalty of perjury that: I am the
_____ in the above entitle action; I have read the foregoing
documents and know the contents thereof and the same is true of my own knowledge, except as to matters
stated therein upon information, and belief, and as to those matters, I believe them to be true.

EXECUTED THIS _15_ DAY OF _May_ , 20_08_ AT PLEASANT
VALLEY STATE PRISON, COALINGA, CALIFORNIA 93210.

(SIGNATURE) _____
(DECLARANT/PRISONER)

### PROOF OF SERVICE BY MAIL
### (C.C.P. SEC 1013 (a) & 2015.5; 28 U.S.C. SEC. 1746)

I, _Isiah Lucas Jr._ , am a resident of PLEASANT VALLEY STATE
PRISON, IN THE COUNTY OF FRESNO, STATE OF CALIFORNIA. I am over the age of eighteen (18)
years of age and I am a party of the above-entitled action. My address is: P.O. BOX 8500, COALINGA,
CALIFORNIA 93210.
ON _May 15_ , 20_08_ , I SERVED THE FOREGOING: _Supplement
to existing petition before this Court. Supplying the Court, with the fully exhausted
CDCR Appeal (log) Log #CTF-07-00149_...

### (SET FORTH EXACT TITLE OF DOCUMENTS SERVED)
ON THE PARTY(S) HEREIN BY PLACING A TRUE COPY (S) THEREOF, IN A SEALED ENVELOPE, WITH
FIRST CLASS POSTAGE THEREON FULLY PAID, IN THE UNITED STATES MAIL, IN THE DEPOSIT BOX SO
PROVIDED AT PLEASANT VALLEY STATE PRISON, COALINGA, CALIFORNIA 93210.

I SERVED THE FOLLOWING PERSON (S) ADDRESSED BELOW:

_Office of Attorney General
State of California
P.O. Box 944255
Sacramento, Ca
94244-2550_

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATE: _May 15_ , 20_08_ , _____
(DECLARANT/PRISONER)

Isiah Lucas Jr.
E-91878
Asst B6-133
P.O. Box 8500
Coalinga, CA. 93210

United States District Court
For The Northern District of California

1301 CLAY St., Suite 400 S
Oakland, CA.

94612-5212

CONFIDENTIAL

**LEGAL MAIL**

$ 01.68⁰

THIS MAIL WAS GENERATED FROM
PLEASANT VALLEY STATE PRISON